# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Wright Brothers Construction & Supplies | ) | ASBCA No. 60310 |
| | ) | |
| Under Contract No. W919QA-11-C-0033 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Haji Mohammad Jan
  Managing Director

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Christopher C. Cross, JA
  Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. Appellant has indicated that it does not oppose the government's motion.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 3 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60310, Appeal of Wright Brothers Construction & Supplies, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Wright Brothers Construction & Supplies | )  ASBCA No. 60310 |
| | ) |
| Under Contract No. W919QA-11-C-0033 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Haji Mohammad Jan
Managing Director

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Christopher C. Cross, JA
Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. Appellant has indicated that it does not oppose the government's motion.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 3 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60310, Appeal of Wright Brothers Construction & Supplies, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals